IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ABIODUN SOWEMIMO,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | )     Civil No.  **08-664-JPG** |
| | ) |
| **MACK BADER, et al.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's motion to compel the defendants to respond to his May 29, 2009, request for discovery.  **(Doc.  23).**  Plaintiff did not attach a copy of the discovery request at issues, as required by Local Rule 26.1(b)(3).

**IT IS THEREFORE ORDERED** that plaintiff's motion to compel **(Doc.  23)** is **DENIED**.

IT IS SO ORDERED.

DATED: October 13, 2009

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**