UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ABIODUN SOWEMIMO,

    Plaintiff,

  v.

MARK BADER, LEE RYKER,
CHRISTINE BOYD, DONALD GAETZ,
MARK HODGE, RANDY STEVENSON,
PAMELA MORAN, JANIS JOKISCH,
SHERRY BENTON, ROGER E. WALKER,
JR., JOHN ROHR and JOHN DOES,

    Defendants.

Case No. 08-cv-664-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that Count 9, plaintiff Abiodun Sowemimo's claim against defendant Jokisch for retaliating against him by failing to respond to his letters and written request for copies of his master file, is dismissed with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that all other claims in this case are dismissed without prejudice for failure to exhaust administrative remedies.

**DATED: July 15, 2010**        NANCY J. ROSENSTENGEL, **Clerk of Court**

                                           s/Brenda K. Lowe, Deputy Clerk

**Approved:**   s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**